# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Brian Lee Ehrlich, | ) | Case No. 22-21183-RDB |
| | ) | Chapter 13 |
| Debtor | ) | |

## DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY BY JENNY ANN EHRLICH

COME NOW Debtor, Brian Lee Ehrlich, by and through his attorney, Colin N. Gotham, and for his Response to Motion for Relief from Automatic Stay by Jenny Ann Ehrlich, states as follows:

1. The Debtor admits the allegations contained in paragraph 1.
2. The Debtor admits the allegations contained in paragraph 2.
3. The Debtor admits the allegations contained in paragraph 3.
4. The Debtor admits the allegations contained in paragraph 4 in that as a result of the divorce, Ms. Ehrlich is a creditor and was listed on Schedule D. The Debtor is without sufficient knowledge or information to admit or deny the remaining allegation contained in paragraph 4 and therefore denies the same.
5. The Debtor admits the allegations contained in paragraph 5.
6. The Debtor admits that the Douglas County District Court made findings of fact, but the Debtor denies the remaining allegations contained in paragraph 6. The Debtor took all reasonable steps to refinance the property, but because of title problems and financial problems as a result of an inequitable divorce, he was not able to procure a new loan. The Debtor wishes to keep his home and pay the allowed secured claim of the Movant.
7. The Debtor is without sufficient knowledge or information to admit or deny the remaining allegation contained in paragraph 7, and therefore denies the same.
8. The Debtor is without sufficient knowledge or information to admit or deny the allegation contained in paragraph 8, and therefore denies the same. Any Order from the District Court of Douglas County, Kansas speaks for itself. Debtor further

asserts that the Bankruptcy Code allows for the Debtor to keep his home and pay the alleged secured claim of the Movant.

9. The Debtor is without sufficient knowledge or information to admit or deny the allegation contained in paragraph 9, and therefore denies the same.

10. The Debtor denies the allegations to contained in paragraph 10. The Movant's characterization that this bankruptcy was filed immediately after the divorce is inaccurate as approximately six months had passed and many life events occurred including a negative quiet title decision. This case was filed in "Good Faith." The Debtor is without sufficient knowledge or information to admit or deny the remaining allegation contained in paragraph 10 and therefore denies the same.

11. The Debtor admits that this case was filed while matters were pending in Douglas County District Court, but denies the remaining allegations contained in paragraph 11.

12. The Debtor is without sufficient knowledge or information to admit or deny the allegation contained in paragraph 12 and therefore denies the same.

13. The Debtor denies the allegations contained in paragraph 13. The Debtor is paying adequate protection payments and there is no cause to grant relief from stay. Counsel for the Debtor will seek to work with counsel of the Movant about possible resolutions.

WHEREFORE, the Debtor requests that the Motion for Relief from Automatic Stay by Jenny Ann Ehrlich be denied and for such other and further relief as the Court deems just and proper.

Respectfully Submitted:

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538; MO #52343
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700; (913) 962-8701 (Fax)
cgotham@emlawkc.com
*Attorneys For Debtor*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served to the parties notified by the US Bankruptcy Court's electronic notification upon filing and to the parties listed below via U.S. Mail, first-class, postage prepaid, on this 9th day of January 2023.

Brian Lee Ehrlich
2265 North 100th Road
Wellsville, KS 66092

*/s/ Colin N. Gotham*
Colin N. Gotham

{00949762 }