# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In re: )
)
BRIAN LEE EHRLICH, ) Case No. 22-21183-RDB
) Chapter 13
Debtor. )

## OBJECTION TO CLAIM

COME NOW Debtor, Brian Lee Ehrlich, by and through his attorney, Colin Gotham of Evans & Mullinix, P.A. and hereby object to the Proof of Claim filed by Jenny Ann Ehrlich on or about February 2, 2023, court claim number 6-1, and state the following:

1. Creditor, Jenny Ann Ehrlich, filed her claim in the amount of $3,500.00 and attached a copy of the Journal Entry of Divorce Decree, Case No. 2020-ME-000939, enter in the District Court of Douglas County, Kansas.

2. The award of $3,500.00 is a property settlement does not qualify for treatment as a priority creditor as 11 U.S.C. §523(a)(15) is not applicable in cases filed under Chapter 13 of the Bankruptcy Code.

WHEREFORE Debtor, Brian Lee Ehrlich prays that the Court enter an Order disallowing Jenny Ann Ehrlich's claim number 6-1 as filed and for such other relief as the Court deems just and equitable.

Respectfully Submitted:

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700; (913) 962-8701 (Fax)
cgotham@emlawkc.com
*Attorneys For Debtor*

## NOTICE OF OBJECTION TO CLAIM

Debtor, Brian Lee Ehrlich, has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney if you have one.**

{00960357 }

**NOTICE IS HEREBY GIVEN** that if you fail to file a written response to the above objection to claim with the Clerk of the U. S. Bankruptcy Court at Kansas City, Kansas, on or before June 1, 2023, the Court will enter an order prepared and submitted by the movant within fourteen (14) days of the objection deadline and no hearing will be held.

If you file a timely objection, a nonevidentiary hearing will be held before the U. S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, on June 27, 2023 at 9:30 am or as soon thereafter as the Court's schedule permits. If you file a response, you must appear at the hearing unless you have submitted an agreed order in advance, signed by all parties or his counsel.

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was served electronically to those parties who have entered an appearance in the Court's Electronic Court Filing (ECF) System on the date entered on the Court's docket.

I further certify that on this 27th day of April 2023, a true and correct copy of the foregoing was served via U.S. Mail, first-class, postage prepaid, to:

Brian Lee Ehrlich
2265 North 100th Road
Wellsville, KS 66092

Jenny Ann Ehrlich
1619 East 153rd Terrace
Olathe, KS 66062-2822

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538