**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 20th day of September, 2023.**



Robert D. Berger
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:                                   )
                                         )
BRIAN LEE EHRLICH,                       )    Chapter 13
                                         )
              DEBTOR.                    )

### AGREED ORDER RESOLVING OBJECTION TO CONFIRMATION OF DEBTOR's CHAPTER 13 PLAN BY JENNY ANN EHRLICH

COMES NOW debtor, Brian Lee Ehrlich, by and through his attorney, Colin N. Gotham of Evans & Mullinix, P.A., and creditor, Jenny Ann Ehrlich by and through her attorney, Ryan A. Blay of WM Law, and hereby agree to the following:

1. The debtor owes creditor Jenny Ann Ehrlich a secured debt of $109,590.00.
2. The debtor shall pay the secured debt directly to Ms. Ehrlich.
3. The Debtor shall pay $100,000.00 within fifteen (15) days of the entry of this Order and the remaining $9,590.00 on or before November 15, 2023.
4. Jenny Ann Ehrlich shall retain the $2,425 as interest that she has received from distributions from the Chapter 13 Trustee's Office. The Chapter 13 Trustee shall not make any future distributions to Jenny Ann Ehrlich until further Order of the Court.
5. Debtor may borrow the funds from his father as previously granted by the Court or a withdraw from his retirement accounts.
6. All other disputes of the parties shall be resolved as part of the Debtor's objection to Ms. Ehrlich's claims.
7. The payment of $109,590.00 shall satisfy the claim of Jenny Ann Ehrlich to the Debtor's Homestead located at 2265 North 100th Road Wellsville, KS 66092.

**IS THEREFORE BY THE COURT ORDERED** that the Objection to Confirmation filed by creditor, Jenny Ann Ehrlich is hereby denied as settled, and

**IT IS FURTHER ORDERED** that the debtor shall remit $100,000.00 within fifteen (15) days of the entry of this Order and the remaining $9,590.00 on or before November 15, 2023.

**IT IS FURTHER ORDERED** that all other disputes between the parties shall be resolved as part of the Debtor's objections to Jenny Ann Ehrlich's claims.

###

Submitted and approved by:

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538; MO #52343
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700; (913) 962-8701 (Fax)
cgotham@emlawkc.com
*Attorneys For Debtor*

WM LAW

*/s/ Ryan A. Blay*
Ryan A. Blay, MO #KS001066; KS #28110
15095 West 116th Street
Olathe, KS 66062
(913) 422-0909; (913) 428-8549 (Fax)
blay@wagonergroup.com
*Attorneys For Creditor, Jenny Ann Ehrlich*

OFFICE OF THE CHAPTER 13 TRUSTEE

*/s/ William H. Griffin*
William H. Griffin
5115 Roe Blvd, Suite 200
Roeland Park, KS 66205
(913) 677-1311; (913) 432-7857 (FAX)
willgriff@13trusteekc.com.
*Chapter 13 Trustee*